# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID WIERSMA,<br>            Defendant. | Case No.: 1:21-cr-00592-001 ABJ<br><br>**NOTICE OF APPEARANCE** |

*Et modo ad hunc diem* please enter the appearance of the undersigned as counsel for the defendant. Designation CJA Appointment.

Dated: September 28, 2021

>                     Respectfully submitted,
>
>                     _____
>                     Joseph R. Conte, Bar #366827
>                     Counsel for David Wiersma
>                     Law Office of J.R. Conte
>                     400 Seventh St., N.W., #206
>                     Washington, D.C. 20004
>                     Phone: 202.638.4100
>                     Fax:          202.628.0249
>                     E-mail:      dcgunlaw@gmail.com