# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID WIERSMA,<br>　　　　　　Defendant. | Case No.: 1:21-cr-00592-001 ABJ<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |

COMES NOW, David Wiersma, through undersigned counsel, Joseph R. Conte, to respectfully request this honorable court to modify his conditions of release to permit him to travel within 100 miles of his home without having to notify the Pretrial Services Agency (PSA). As grounds for this motion counsel would state.

1. Mr. Wiersma made his initial appearance in this matter on September 28, 2021, and was released on conditions.

2. A condition of his release requires that Mr. Wiersma notify the PSA of any travel outside the Northern District of Illinois. (Dkt. #14).

3. Mr. Wiersma drives for Uber and occasionally must drive outside the Northern District of Illinois.

4. Due to the nature of the travel notifying PSA under those circumstances is not feasible.

5. The United States does not oppose this motion.

WHEREFORE counsel respectfully requests that the conditions of release be modified to permit the defendant to travel within 100 miles of his home without having to notify the PSA.

Dated:  December 16, 2021

                                                                _____

Joseph R. Conte, Bar #366827
Counsel for David Wiersma
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:	202.638.4100
Fax:	202.628.0249
Email:  dcgunlaw@gmail.com

*United States v. David Wiersma*
Case No. 1:21-cr-00592-001 ABJ

Unopposed Motion to Modify Conditions of Release
 Page No. 2

BOND MODIFY 21/12/16 15:23:15

Joseph R. Conte
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:  202.638.4100
Email:  dcgunlaw@gmail.com