| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00592-001 ABJ |
| v. | **ORDER** |
| DAVID WIERSMA, | |
| Defendant. | |

This matter is before the court on the defendant's unopposed motion to modify conditions of release to permit the defendant to travel within 100 miles of his home without notifying the Pretrial Services Agency and the court having considered the motion it is this _____ day of _____, 2021,

**ORDERED** that the motion should be and hereby is **GRANTED**

**SO ORDERED.**

_____
United States Magistrate Judge