UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 1:21-CR-00592-ABJ |
| **DAVID WIERSMA, and** : | |
| **DAWN FRANKOWSKI,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney (AUSA) Mike Mitchell. AUSA Mitchell will be substituting for AUSA Monica A. Stump.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
District of Columbia

*/s/ Michael W. Mitchell*
Michael W. Mitchell (Mike Mitchell)
Assistant United States Attorney
Texas Bar No. 24037126
Capitol Riot Detail
District of Columbia
6450 Mineral Drive, Suite 210
Coeur d'Alene, Idaho 83815
(208) 676-7341
Mike.mitchell@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 15th day of February, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Michael W. Mitchell*
MICHAEL W. MITCHELL
Assistant United States Attorney