# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00592-001 ABJ |
| v. | **NOTICE OF FILING** |
| DAVID WIERSMA, | |
| Defendant. | |

COMES NOW, David Wiersma, through counsel to file with the court letters to the court in aid of sentencing from:

> Philip Couture
> Helena Wiersma
> Randy Wiersma
> John Korienek
> Richard Baranski

Sentencing in this matter is currently set for November 29, 2022.

Dated: October 19, 2022

| | | |
|---|---|---|
| *United States v. David Wiersma* Case No. 1:21-cr-00592-001 ABJ | | Joseph R. Conte Law Office of J.R. Conte 400 Seventh St., N.W., #206 |
| Notice of Filing Page No. 1 | | Washington, D.C. 20004 Phone: 202.236.1147 |
| FILING 20221019 22/10/19 09:22:16 | | Email: dcgunlaw@gmail.com |

Respectfully submitted,

_____
Joseph R. Conte, Bar #366827
Counsel for David Wiersma
Law Office of J.R. Conte
8251 NW 15th Court
Coral Springs, FL  33071
Phone:        202.236.1147
Email:   dcgunlaw@gmail.com

| *United States v. David Wiersma*  Case No. 1:21-cr-00592-001 ABJ | Joseph R. Conte |
|---|---|
| Notice of Filing Page No. 2 | Law Office of J.R. Conte  400 Seventh St., N.W., #206  Washington, D.C. 20004  Phone: 202.236.1147 |
| FILING 20221019 22/10/19 09:22:16 | Email: dcgunlaw@gmail.com |